**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PHILIP BENHAM**,

      Plaintiff,

vs.

**CITY OF JACKSON, MISSISSIPPI,**
**and JAMES E. DAVIS, in his official**
**capacity as Chief of Police for Jackson**
**Police Department**

      Defendants.

CIVIL ACTION NO:
3:19-cv-00911-HTW-LRA

**MOTION FOR PRELIMINARY**
**INJUNCTION**

COMES NOW Plaintiff Philip Benham, pursuant to Fed. R. Civ. P. 65(a), and respectfully moves this Court for a preliminary injunction enjoining Defendants City of Jackson, Mississippi, and James E. Davis, in his official capacity as Chief of Police for Jackson Police Department, their agents, servants, employees, attorneys, and all persons and entities in active concert or participation with them, directly or indirectly, from applying and enforcing Jackson Code of Ordinance § 86-401, *et. seq*. entitled "Prohibiting Certain Activities Near Health Care Facilities" so as to bar protected expression on public ways in the City of Jackson.

In the absence of a preliminary injunction, Benham will suffer irreparable harm, specifically, he will lose rights and freedoms guaranteed by the United States Constitution. In support of his Motion, Benham relies on the following:

A.      Affidavit of Philip Benham, attached as Exhibit "A";

B.      Google Map of overhead satellite shot of Jackson Women's Health Organization and surrounding areas, downloaded from https://www.google.com/maps/place/Jackson,+MS/@32.3345519,-

1

90.1771535,73m/data=!3m1!1e3!4m5!3m4!1s0x86282b7f90741b21:0x713cde44

1f038a0!8m2!3d32.2987573!4d-90.1848103, a true and correct copy attached as

Exhibit "B";

C.      Overhead map of clinic from Central Mississippi Planning & Development

District's Hinds County GIS Map Viewer, available at

https://gis2.cmpdd.org/portal/apps/webappviewer/index.html?id=d24547d9d8894

da490556bfb9a778211, a true and correct copy attached as Exhibit "C";

D.      DVD of portion of Jackson City Council special meeting of September 26, 2019

discussing § 86-401, *et. seq.*, downloaded from

https://jacksonms.swagit.com/play/09262019-617/10, a true and correct copy

attached as Exhibit "D";

E.      DVD of portion of Jackson City Council regular meeting of October 1, 2019 of

public comments on §86-401, *et. seq.*, downloaded from

https://jacksonms.swagit.com/play/10012019-725/8, a true and correct copy

attached as Exhibit "E";

F.      DVD of portion of Jackson City Council regular meeting of October 1, 2019

deliberating and passing §86-401, *et. seq.*, downloaded from

https://jacksonms.swagit.com/play/10012019-725/14, a true and correct copy

attached as Exhibit "F";

G.      Jackson Code of Ordinance § 86-401, *et. seq.*, entitled "Prohibiting Certain

Activities Near Health Care Facilities", included in October 1, 2019 meeting

minutes, downloaded from https://www.jacksonms.gov/meetings/city-council-regular-meeting-october-1-2019/#/tab-minutes, attached as Exhibit "G";

H.     Verified Complaint of Philip Benham; and

I.      Memorandum of Law in Support of this Motion filed simultaneously with this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Philip Benham respectfully requests that this Honorable Court grant his Motion for Preliminary Injunction.

Respectfully submitted,

s/ Nathan W. Kellum
NATHAN W. KELLUM
MS BAR # 8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Telephone: (901) 684-5485
Email: nkellum@crelaw.org
Attorney for Plaintiff Philip Benham

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing, along with the Complaint and Summons, has been/will be delivered to a process server for service on defendants, this 11th day of December, 2019.

/s/ Nathan W. Kellum
Nathan W. Kellum

3