**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PHILIP BENHAM**                                                                          **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 3:19-cv-911-HTW-LRA**

**CITY OF JACKSON, MISSISSIPPI,**
**AND JAMES E. DAVIS, in his official**
**Capacity as Chief of Police for Jackson**
**Police Department**                                                **DEFENDANTS**

---

## MOTION TO WITHDRAW

---

**COME NOW,** the undersigned, Timothy Craig Howard, and the Defendants, City of Jackson, Mississippi, and file this *Motion to Withdraw*, and in support thereof would show unto this Honorable Court, as following, to wit:

1. Timothy Craig Howard resigned as City Attorney for the City of Jackson, Mississippi effective February 11, 2021.

2. Timothy Craig Howard had previously entered an appearance in this matter on behalf of the Defendants, City of Jackson. The City of Jackson is also represented by additional counsel at the Office of the City Attorney in Jackson, Mississippi.

3. As a result, movant requests that the Court allow him to withdraw as Counsel of Record in this case.

4. Allowing Timothy Craig Howard to withdraw as Counsel of Record in this matter will not delay the resolution of this matter, nor will it prejudice any party.

5. Movant is serving this *Motion to Withdraw* on all parties' Counsels of Record, as evidenced by the Certificate of Service recited below.

**WHEREFORE, PREMISES CONSIDERED,** the movants respectfully request the entry of an Order authorizing the withdrawal of Timothy Craig Howard in this cause and all others wherein he is named as Counsel of Record for the City of Jackson

RESPECTFULLY SUBMITTED, this the 10th day of February, 2021.

                              CITY OF JACKSON, MISSISSIPPI


                              By: /s/ Timothy Craig Howard
                                  Timothy Craig Howard, MSB #10687
                                  City Attorney

**OF COUNSEL:**
**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601/960-1799 (office)
601/960-1756 (facsimile)

## CERTIFICATE OF SERVICE

I, Timothy Craig Howard, one of the attorneys for the Defendants, do hereby certify that a copy of this motion will be served by the clerk of the court upon filing in the electronic case management system. Therefore, a copy will not be served personally on opposing counsel.

**SO CERTIFIED**, this the 10th day of February, 2021.

/S/  Timothy Craig Howard
TIMOTHY CRAIG HOWARD