**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PHILIP BENHAM**                                                  **PLAINTIFF**

**vs.**                                                 **CIVIL ACTION No.: 3:19-CV-911-HTW-LRA**

**CITY OF JACKSON, MISSISSIPPI,**
**and JAMES E. DAVIS, in his official**
**capacity as Chief of Police for Jackson**
**Police Department**                                          **DEFENDANTS**

## ORDER

On this date, a telephone conference was conducted before this court. The court heard the parties' arguments on the issue of mootness. In light of the recent United States Supreme Court case of *Uzuegbunam v. Preczewski,* 141 S,Ct, 792 (2021), the court is persuaded to allow additional briefing on this issue.

The Defendant City of Jackson has already submitted its brief on this issue as part of its motion for supplemental briefing [doc. no. 47]. Defendant's memorandum brief has, thus, been filed. Plaintiff is allowed two weeks from this date to file his response. The Defendant will have ten days after the submission of Plaintiff's brief to file a reply, if it so chooses.

SO ORDERED, this 21st day of April, 2021.

                                                             ____s/ HENRY T. WINGATE_____
                                                             UNITED STATES DISTRICT JUDGE