IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PHILLIP BENHAM**                                                                          **PLAINTIFF**

vs.                                                      **CIVIL ACTION No.: 3:19-CV-911-HTW-LGI**

**CITY OF JACKSON, MISSISSIPPI,**                                **DEFENDANTS**
**and JAMES E. DAVIS, in his official**
**capacity as Chief of Police for Jackson**
**Police Department.**

## ORDER

On December 28, 2021, this court held a telephonic conference regarding the issue of attorneys' fees, which are being sought by the plaintiff. This court instructed the parties to submit short briefs in support of their respective positions on this matter.

The briefing schedule, as agreed to by the parties, is as follows:

    The plaintiff shall file his brief in support no later than January 5, 2022.

    The defendants shall file their response brief in opposition, if any, no later than January 14, 2022.

    The plaintiff shall file his brief in rebuttal, if any, no later than January 21, 2022.

**SO ORDERED this the 28th day of December, 2021.**

                                                **/s/HENRY T, WINGATE**
                                                **UNITED STATES DISTRICT COURT JUDGE**